UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:                                                Case No. **1:21-bk-9170**

Chapter 7

**Alejandro Jimenez Estrada**

Judge Carol A. Doyle

_____ /

# MOTION IN A CHAPTER 7 CASE TO REOPEN CASE AND ALLOW ENTRY OF THE CERTIFICATE OF DEBTOR EDUCTION REQUIRED FOR DISCHARGE

1. A petition under chapter 7 was filed on July 30, 2021.

2. The court closed this case without entering a discharge because the Debtor failed to timely take and file Official Form 423, Certificate about a Financial Management Course.

3. That a Notice of Chapter 7 Closed without discharge was filed on December 23, 2021.

4. The Debtor failed to take and file the required form by the original deadline, and therefore needs to have this case reopened.

**WHEREFORE,** the Debtor requests that the court enter an order reopening the case and allow her to take and file Official Form 423, Certificate about a Financial Management Course required for discharge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/4/2022

X _____

Alejandro Jimenez Estrada

**Debtor**

Prepared by:

X _____
Colin Kha T. Nguyen
Allied Law Counsel
Attorney for the Debtor
PO Box 7335
Chicago, IL 60680
773-231-7573

**PROOF OF SERVICE:** The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record and/or all parties in the above case by uploading the document on the _4th_ day of _January_____, 2022, by ____ US Mail ____ Fax ____ Hand Delivered _____ Federal Express _x_ Email.

_____

Attorney Colin Kha Nguyen

## UNITED STATES BANKRUTPCY COURT

## NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:  Case No. **1:21-bk-9170**

Chapter 7

**Alejandro Jimenez Estrada**  Judge Carol A. Doyle

_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the debtor's Motion in a Chapter 7 Case to Reopen Case shall be heard at the United States Bankruptcy Court, Northern District of Illinois Eastern Division located at 219 South Dearborn, Chicago, IL 60604, in front of the Honorable Judge _____ at _____ or soon thereafter as counsel may be heard.

Respectfully submitted:

Dated: __1/4/2022__

X_____
Colin Kha Nguyen
Allied Law Counsel
Attorney for the Debtor
PO Box 7335
Chicago, IL 60680
773-231-7573

**PROOF OF SERVICE:** The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record and/or all parties in the above case by uploading the document on the _4th_ day of __January__, 20_22_ by ____ US Mail ____ Fax ____ Hand Delivered ____ Federal Express _x_ Email.

Attorney Colin Kha T. Nguyen

Certificate Number: 05781-ILN-DE-036237632

Bankruptcy Case Number: 21-09170



05781-ILN-DE-036237632

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2022, at 11:49 o'clock AM PST, Alejandro Jimenez Estrada completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  January 3, 2022

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President