# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

Alejandro Jimenez Estrada

Debtor

Case No. 21-09170

Honorable Judge Doyle

## NOTICE OF MOTION

TO:  See attached list

      PLEASE TAKE NOTICE that on __January 27__, 20_22_, at _10:00_ a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the motion of __Debtor Alejandro Jimenez Estrada__ __To Reopen and To Approve the 2nd Credit Counseling Course Certificate__, a copy of which is attached.

      **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

      **To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and password.

      **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666.  Then enter the meeting ID and password.

      **Meeting ID and password.**  The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**.  The meeting ID and password can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: _/s/ Colin Kha Nguyen_

Attorney Colin Kha Nguyen
PO Box 64514
Chicago, IL 60664

## CERTIFICATE OF SERVICE

      I, __Colin Kha T. Nguyen__, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice

and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _____Jan. 5_____, 20\_22\_, at \_\_1:00 pm.\_\_