UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  21-09170
Alejandro Jimenez Estrada  )
 )  Chapter: 7
 )  Honorable Carol A. Doyle
 )
Debtor(s)  )

### ORDER GRANTING MOTION TO REOPEN

This matter is before the court on the motion of the debtor to reopen the case,

IT IS ORDERED the motion is granted.  The case is reopened.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  January 27, 2022